SCOTT WILLIAM PINK (Bar No. 122383)
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

BARRY M. HELLER (Admitted Pro Hac Vice)
JOHN J. DWYER (Admitted Pro Hac Vice)
DLA PIPER US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159
Tel: 703.773.4000
Fax: 703.773.5000

Attorneys for Plaintiffs/Cross-Defendants
Ben & Jerry's Franchising, Inc. and Ben & Jerry's
Homemade Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN & JERRY'S FRANCHISING, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MPA GROUP, INC. and MEHRDAD PORGHAVAMI, et al., <br><br> Defendants. | CASE NO. 2:07-CV-02599-JAM-KJM <br><br> *[Assigned to Hon. John A. Mendez]* <br><br> **JOINT STIPULATION TO AMEND STATUS (PRE-TRIAL SCHEDULING) ORDER** <br><br> Trial Date: August 31, 2009 |
| MEHRDAD PORGHAVAMI, et al., <br><br> Cross-Complainants, <br><br> v. <br><br> BEN & JERRY'S FRANCHISING INC., BEN & JERRY'S HOMEMADE INC., BEN & JERRY'S OF CALIFORNIA, INC. and WONDER ICE CREAM, LLC, <br><br> Cross-Defendants. | |

WHEREAS, on August 8, 2008, Plaintiffs/Cross-Defendants Ben & Jerry's Franchising, Inc. ("Ben & Jerry's") and Ben & Jerry's Homemade, Inc. ("Homemade") submitted to the Court

PDF created with pdfFactory trial version www.pdffactory.com

a request to amend the Status (Pre-Trial Scheduling) Order (the "Scheduling Order") in this matter to provide that the parties shall have until August 29, 2008 to file amendments to pleadings without leave of court, with no further amendments to pleadings without leave of court, good cause having been shown; and

WHEREAS, Defendants/Cross-Complainants Mehrdad Porghavami and MPA Group, Inc. and Cross-Defendant Wonder Ice Cream, LLC stipulate to the amendment to the Scheduling Order sought by Ben & Jerry's and Homemade;

IT IS HEREBY STIPULATED by and between the parties that the Scheduling Order is amended to provide that the parties shall have until August 29, 2008 to file amendments to pleadings without leave of court, with no further amendments to pleadings without leave of court, good cause having been shown.

Dated: August 14, 2008

DLA PIPER US LLP

By /s/ John J. Dwyer
JOHN J. DWYER
Attorneys for Plaintiffs/Cross-Defendants Ben & Jerry's Franchising, Inc. and Ben & Jerry's Homemade Inc.

*Signatures Continue on Next Page*

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  August 14, 2008

                                      HOGE, FENTON, JONES & APPEL, INC.

                                      By  /s/  John F. Doyle
                                           JOHN F. DOYLE
                                           Attorneys for Cross-Defendant
                                           WONDER ICE CREAM LLC

*Signatures Continue on Next Page*

1
2  Dated: August 13, 2008
3                                                      By /s/
4                                                         MEHRDAD PORGHAVAMI
                                                          for Defendants/Cross-Complaimants MPA
                                                          GROUP, INC. and Mehrdad Porghavami
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED.

Dated:   8/14/2008

/s/ John A. Mendez
The Honorable John A. Mendez
U.S. District Court Judge

EAST\42059113.1

JOINT STIPULATION TO AMEND SCHEDULING ORDER

DLA PIPER US LLP
SACRAMENTO

PDF created with pdfFactory trial version www.pdffactory.com