SCOTT W. PINK (Bar No. 122383)
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

BARRY M. HELLER (Admitted Pro Hac Vice)
JOHN J. DWYER (Admitted Pro Hac Vice)
DLA PIPER US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159
Tel:  703.773.4000
Fax:  703.773.5000

Attorneys for Plaintiffs/Cross-Defendants
Ben & Jerry's Franchising, Inc. and Ben & Jerry's Homemade Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN & JERRY'S FRANCHISING, INC., et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MPA GROUP, INC. and MEHRDAD PORGHAVAMI, et al.,<br><br>　　　　　Defendant.<br>MEHRDAD PORGHAVAMI, et al.,<br><br>　　　　　Cross-Complainant,<br><br>　　v.<br><br>BEN & JERRY'S FRANCHISING INC.,<br>BEN & JERRY'S HOMEMADE INC.,<br>BEN & JERRY'S OF CALIFORNIA, INC.<br>and WONDER ICE CREAM, LLC,<br><br>　　　　　Cross-Defendants. | CASE NO.  2:07-CV-02599-JAM-KJM<br><br>**STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER** |

In response to Requests for Production of Documents and Special Interrogatories

propounded by Cross-Complainant Mehrdad Porghavami in this Action, Ben & Jerry's

PDF created with pdfFactory trial version www.pdffactory.com

Franchising, Inc. and Ben & Jerry's Homemade, Inc. (collectively, "Ben & Jerry's") may produce certain documents that contain certain confidential information (the "Ben & Jerry's Confidential Documents"). The Parties to this Stipulated Confidentiality and Protective Order acknowledge that the unrestricted production of the Ben & Jerry's Confidential Documents and/or the confidential information contained therein could cause injury or damage to the disclosing party and/or third parties. The Parties intend that this information be kept confidential and not be used for any purpose other than in this Action.

Although this Stipulated Confidentiality and Protective Order was created in response to production of the Ben & Jerry's Confidential Documents, the Parties intend that this Stipulated Confidentiality and Protective Order also will govern the disclosure of any future confidential material and information.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their attorneys, including any party acting in propria persona, that:

1. The term "Parties" as used in this document shall mean Cross-Complainants Mehrdad Porghavami and MPA Group, Inc. (collectively "Porghavami"), Cross-Defendant Wonder Ice Cream LLC ("Wonder") and Plaintiffs and Cross-Defendants Ben & Jerry's Franchising, Inc. and Ben & Jerry's Homemade, Inc. (collectively "Ben & Jerry's") who are parties to the litigation.

2. The term "Action" as used herein shall mean *Ben & Jerry's Franchising, Inc., et al. v. Porghavami, et al.*, case No. 2:07-CV-2599-JAM-KJM, and related cross-action, in the United States District Court for the Eastern District of California.

3. Mehrdad Porghavami is acting in propria persona in this Action, and that any reference to "Attorney", "Attorneys" or "Counsel" used herein shall apply with full force and effect to Porghavami as a pro per litigant.

4. Should Porghavami or MPA Group, Inc., retain an attorney in this Action, this

PDF created with pdfFactory trial version www.pdffactory.com

1    agreement shall apply with full force and effect to that attorney.

2    5.  The term "Protected Documents" means the Ben & Jerry's Confidential
3        Documents, trade secrets and third-party information and any other documents
4        and information designated as "Confidential" pursuant to the terms of this
5        Stipulated Confidentiality and Protective Order.

6    6.  The Protected Documents and information contained in them shall be used solely
7        for the purpose of the Action, and shall not be made available to persons other
8        than Qualified Persons (as defined in Paragraph 7) or the Party who produced the
9        information.

10   7.  "Qualified Person" as used herein means: (a) in-house counsel of a Party having
11       responsibility for or working on the Action, or (b) outside counsel employed by a
12       Party, or an employee of such counsel to whom it is necessary that the material be
13       shown for purposes of the Action, or (c) non-attorneys retained by a Party's
14       attorneys of record to assist in the Action, such as independent accountants, expert
15       witnesses, consultants or other technical experts, or (d) members of the jury, or (e)
16       court reporters actually involved in transcribing depositions and proceedings in the
17       Action.

18       In the event that any Qualified Person to whom Protected Documents and
19       information contained in them is produced ceases to engage in the preparation for
20       trial or other court proceedings in the Action, access by such Qualified Person to
21       such documents and information shall be terminated.  The provisions of this
22       Stipulated Confidentiality and Protective Order shall remain in full force and effect
23       as to any Qualified Person in any subsequent employment.

24   8.  All Protected Documents exchanged between counsel or produced to any party or
25       individual pursuant to discovery shall be designated by the producing party as
26       "Confidential" by marking them as such on the document or the first page of the
27       discovery response.

28   9.      (a)     Should the Party receiving documents or information designated as

-3-

"Confidential" object to such designation, such Party may apply to the Court to classify the designated documents or information otherwise; provided, however, that any documents or information, the designation of which is subject to dispute, shall be treated as "Confidential" subject to this Stipulated Confidentiality and Protective Order pending further order of the Court.

(b)     Should any Party receiving documents or information that have not been designated as "Confidential" believe that such documents or information should be subject to the terms of this Stipulated Confidentiality and Protective Order, and should the producing party not agree to treat said documents or information pursuant to the terms of this Stipulated Confidentiality and Protective Order, the Party asserting that the documents or information should be designated as confidential may apply to the Court for an order designating such documents or information as confidential. From the time that a request for confidential designation is made until the matter is resolved by order of the Court, the Parties shall treat such documents and information as governed by the terms of this Stipulated Confidentiality and Protective Order.

10.  If a Party wishes to disclose the Protected Documents and/or the information contained therein to any Qualified Person who has not signed this Stipulated Confidentiality and Protective Order, prior to disclosing such information or documents counsel shall show a copy of this Stipulated Confidentiality and Protective Order to such individual and shall obtain his or her agreement to be bound by this Stipulate Confidentiality and Protective Order by obtaining his or her signature on a non-disclosure agreement in the form attached hereto as Exhibit A. If any Qualified Person refuses to sign such non-disclosure agreement and be bound by this Stipulated Confidentiality and Protective Order, disclosure of Protected Documents or information to that individual shall not be permitted without further Order of the Court or agreement between the parties.

11.  At the conclusion of the Action, any originals or reproductions of any Protected

PDF created with pdfFactory trial version www.pdffactory.com

Documents shall be returned to Ben & Jerry's upon request.

12. Nothing in this Stipulated Confidentiality and Protective Order shall prohibit a Party from seeking additional, modified or further protection of confidential information during or before the trial in the Action by stipulation among all the Parties, approved by the Court.

13. This Stipulated Confidentiality and Protective Order and the agreements embodied herein shall survive the termination of the Action and continue in full force and/or effect thereafter.

14. Nothing herein shall be deemed to preclude any Party to this agreement from objecting to any discovery requested in the Action on any proper ground or withholding production on any proper ground, or from applying to the Court for a modification of this Stipulated Confidentiality and Protective Order, or for additional protection for specific materials or information sought during the course of discovery in the Action.

15. The parties stipulate and agree that good cause exists for this Stipulated Confidentiality and Protective Order.

STIPULATED TO:

For the Defendants/Cross-Complainants

_____
Mehrdad Porghavami
MPA GROUP, INC d/b/a
BEN & JERRY'S
1985 Willow Pass Road, Suite A
Concord, CA 94520

*(Signatures Continue on Next Page)*

PDF created with pdfFactory trial version www.pdffactory.com

For the Plaintiffs/Cross-Defendants
Ben & Jerry's Franchising, Inc. and
Ben & Jerry's Homemade, Inc.:

_____
Scott W. Pink
Barry M. Heller
John J. Dwyer
Attorneys for Plaintiffs/Cross-Defendants
Ben & Jerry's Franchising, Inc. and
Ben & Jerry's Homemade, Inc.

For Cross-Defendant Wonder Ice
Cream Company:

_____
John F. Doyle
Hoge, Fenton, Jones & Appel, Inc.
Sixty South Market Street, Suite 1400
San Jose, California 95113
Attorneys for Cross-Defendant Wonder Ice
Cream Company

IT IS SO ORDERED.

DATED: August 13, 2008

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. District Court Judge

SCOTT W. PINK (Bar No. 122383)
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

BARRY M. HELLER (Admitted Pro Hac Vice)
JOHN J. DWYER (Admitted Pro Hac Vice)
DLA PIPER US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159
Tel: 703.773.4000
Fax: 703.773.5000

Attorneys for Plaintiffs/Cross-Defendants
Ben & Jerry's Franchising, Inc. and Ben & Jerry's Homemade Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN & JERRY'S FRANCHISING, INC., et al.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MPA GROUP, INC. and MEHRDAD PORGHAVAMI, et al.,<br><br>　　　　　Defendant.<br>―――――――――――――――<br>MEHRDAD PORGHAVAMI, et al.,<br><br>　　　　　Cross-Complainant,<br><br>　v.<br><br>BEN & JERRY'S FRANCHISING INC.,<br>BEN & JERRY'S HOMEMADE INC.,<br>BEN & JERRY'S OF CALIFORNIA, INC.<br>and WONDER ICE CREAM, LLC,<br><br>　　　　　Cross-Defendants. | CASE NO. 2:07-CV-02599-JAM-KJM<br><br>**AGREEMENT CONCERNING NON-DISCLOSURE OF INFORMATION SUBJECT TO PROTECTIVE ORDER** |

　　　　The undersigned acknowledges that (s)he has read the Stipulated Confidentiality and

Protective Order entered into in this action by the Court, that (s)he understands its terms, that

-1-

PDF created with pdfFactory trial version www.pdffactory.com

(s)he is one of the persons contemplated in paragraph 7 of the Stipulated Confidentiality and Protective Order as being authorized by a Party to receive disclosure of Protected Documents, and that (s)he agrees to be bound by that Protective Order.

The undersigned further consents to be subject to the jurisdiction of the courts of California for purposes of any proceedings relating to performance under, compliance with or violation of the above-described Stipulated Confidentiality and Protective Order.

Name: _____

Organization: _____

Dated: _____