1  SCOTT WILLIAM PINK (Bar No. 122383)
   DLA PIPER US LLP
2  400 Capitol Mall, Suite 2400
   Sacramento, CA 95814-4428
3  Tel: 916.930.3200
   Fax: 916.930.3201
4
5  BARRY M. HELLER (Admitted Pro Hac Vice)
   JOHN J. DWYER (Admitted Pro Hac Vice)
   DLA PIPER US LLP
6  1775 Wiehle Avenue, Suite 400
   Reston, VA 20190-5159
7  Tel: 703.773.4000
   Fax: 703.773.5000
8
   Attorneys for Plaintiffs/Cross-Defendants
9  Ben & Jerry's Franchising, Inc. and Ben & Jerry's
   Homemade Inc.

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14  BEN & JERRY'S FRANCHISING, INC.,     CASE NO. 2:07-CV-02599-JAM-KJM
    et al.,
                                         *[Assigned to Hon. John A. Mendez]*
15            Plaintiffs,

16       v.                              **JOINT STIPULATION REGARDING
                                         SECOND AMENDED CROSS-
17  MPA GROUP, INC. and MEHRDAD          COMPLAINT**
    PORGHAVAMI, et al.,
18                                       Trial Date: August 31, 2009
              Defendants.
19
    MEHRDAD PORGHAVAMI, et al.,
20
              Cross-Complainants,
21
         v.
22
    BEN & JERRY'S FRANCHISING INC.,
23  BEN & JERRY'S HOMEMADE INC.,
    BEN & JERRY'S OF CALIFORNIA, INC.
24  and WONDER ICE CREAM, LLC,

25            Cross-Defendants.

26
         WHEREAS, Cross-Complainants Mehrdad Porghavami and MPA Group, Inc.
27
    (collectively, "Cross-Complainants") have filed a First Amended Cross-Complaint (the "FACC")
28

DLA PIPER US LLP    EAST\42175567.1
  SACRAMENTO
                    JOINT STIPULATION REGARDING SECOND AMENDED CROSS-COMPLAINT

against Ben & Jerry's Franchising, Inc. and Ben & Jerry's Homemade, Inc. (collectively, the "Ben & Jerry's Cross-Defendants"), as well as Ben & Jerry's of California, Inc. and Wonder Ice Cream LLC;

WHEREAS, the Ben & Jerry's Cross-Defendants have moved to dismiss the FACC for failure to state a claim upon which relief can be granted (the "Motion to Dismiss");

WHEREAS, a hearing on the Motion to Dismiss is presently scheduled for November 5, 2008; and

WHEREAS, Cross-Complainants and the Ben & Jerry's Defendants have agreed that Cross-Complainants shall file a Second Amended Cross-Complaint on or before Friday, October 3, 2008;

WHEREAS, due to Cross-Complainants' intention to file a Second Amended Cross-Complaint, the Ben & Jerry's Defendants agree: (1) not to proceed with the Motion to Dismiss at this time, (2) that Cross-Complainants shall not be required to file any opposition to the Motion to Dismiss, and (3) to remove the November 5, 2008 hearing on the Motion to Dismiss from the Court's calendar;

WHEREAS, due to Cross-Complainants' intention to file a Second Amended Cross-Complaint, Cross-Complainants agree that the Ben & Jerry's Defendants shall not be required to further respond to the FACC; and

WHEREAS, counsel for Wonder Ice Cream LLC does not oppose the filing of a Second Amended Cross-Complaint by Cross-Complainants. (This matter has been stayed as to Ben & Jerry's of California, Inc.)

IT IS HEREBY STIPULATED by and between Cross-Complainants and the Ben & Jerry's Defendants that Cross-Complainants shall file a Second Amended Cross-Complaint on or before Friday, October 3, 2008; and

IT IS FURTHER STIPULATED by and between Cross-Complainants and the Ben & Jerry's Defendants that the Ben & Jerry's Defendants shall not proceed at this time with the Motion to Dismiss, that Cross-Complainants are not required to file any opposition to the Motion to Dismiss, that the hearing on the Motion to Dismiss set for November 5, 2008 is removed from the Court's calendar and that the Ben & Jerry's Defendants are not required to further respond to the FACC.

Dated: September 24, 2008

DLA PIPER US LLP

By /s/ John J. Dwyer
JOHN J. DWYER
Attorneys for Plaintiffs/Cross-Defendants Ben & Jerry's Franchising, Inc. and Ben & Jerry's Homemade Inc.

*Signatures Continue on Next Page*

Dated: September 24, 2008

By /s/ [signature]
MEHRDAD PORGHAVAMI
for Defendants/Cross-Complaimants MPA GROUP, INC. and Mehrdad Porghavami

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED.

Dated: 9-25-08

The Honorable John A. Mendez
U.S. District Court Judge