SCOTT WILLIAM PINK (Bar No. 122383)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

BARRY M. HELLER (Admitted Pro Hac Vice)
JOHN J. DWYER (Admitted Pro Hac Vice)
DLA PIPER LLP (US)
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159
Tel:  703.773.4000
Fax:  703.773.5000

Attorneys for Plaintiffs/Cross-Defendants
Ben & Jerry's Franchising, Inc. and Ben & Jerry's
Homemade Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN & JERRY'S FRANCHISING, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MPA GROUP, INC. and MEHRDAD PORGHAVAMI, et al.,<br><br>Defendants. | CASE NO.  2:07-CV-02599-JAM-KJM<br><br>*[Assigned to Hon. John A. Mendez]*<br><br>**JOINT REQUEST TO AMEND STATUS (PRE-TRIAL SCHEDULING) ORDER**<br><br>Trial Date:  August 31, 2009 |
| MEHRDAD PORGHAVAMI, et al.,<br><br>Cross-Complainants,<br><br>v.<br><br>BEN & JERRY'S FRANCHISING INC., BEN & JERRY'S HOMEMADE INC., BEN & JERRY'S OF CALIFORNIA, INC. and WONDER ICE CREAM, LLC,<br><br>Cross-Defendants. | |

WHEREAS, on August 1, 2008, the Court issued a Status (Pre-Trial Scheduling) Order

(the "Scheduling Order") in this matter setting a trial date of August 31, 2009 and an estimated

PDF created with pdfFactory trial version www.pdffactory.com

trial length of approximately fifteen (15) days;

WHEREAS, the Scheduling Order sets November 30, 2008 as the date for expert witness disclosures and January 31, 2009 for supplement disclosures and the disclosure of rebuttal experts;

WHEREAS, the Scheduling Order sets a discovery cut-off date of March 31, 2009;

WHEREAS, counsel for Plaintiffs/Cross-Defendants Ben & Jerry's Franchising, Inc. ("Ben & Jerry's") and Ben & Jerry's Homemade, Inc. ("Homemade") has an approximately three-week trial in another matter that has been pending for more than 5 years in Alaska, involving numerous attorneys from various states, that is set for the middle of September 2009, beginning immediately after the estimated last day of trial in this matter;

WHEREAS, counsel for Ben & Jerry's and Homemade has therefore sought agreement from Mehrdad Porghavami ("Porghavami") and counsel for Wonder Ice Cream, LLC ("Wonder") to request an amendment to the Scheduling Order to move the trial date in this matter from August 31, 2009 to after November 2, 2009;

WHEREAS, Porghavami and counsel for Wonder do not object to moving the trial date to after November 2, 2009;

WHEREAS, the parties also request that the Scheduling Order be further amended to move the dates for expert witness disclosures and for the cut-off of discovery to align those dates with the proposed November 2, 2009 trial date.  The parties propose the following dates:  expert witness disclosures by March 31, 2009; supplemental disclosures and disclosures of any rebuttal experts by May 29, 2009; and a discovery cut-off date of June 30, 2009; and

WHEREAS, the parties do not seek the requested amendments to the Scheduling Order for the purposes of delay.

WHEREFORE, the parties request that the Court amend the Scheduling Order as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1.     That trial in this matter is set for a date after November 2, 2009, with an estimated trial length of approximately fifteen (15) days;

2.     The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by March 31, 2009.  Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by May 29, 2009; and

3.     All discovery shall be completed by June 30, 2009.

Dated:  November 5, 2008

                              DLA PIPER LLP (US)

                              By  /s/  John J. Dwyer
                                 JOHN J. DWYER
                                 Attorneys for Plaintiffs/Cross-Defendants Ben & Jerry's Franchising, Inc. and Ben & Jerry's Homemade Inc.

*Signatures Continue on Next Page*

PDF created with pdfFactory trial version www.pdffactory.com

Dated: November 5, 2008

                                        HOGE, FENTON, JONES & APPEL, INC.


                            By /s/ John F. Doyle
                              JOHN F. DOYLE
                              Attorneys for Cross-Defendant
                              WONDER ICE CREAM LLC

*Signatures Continue on Next Page*

Dated: October _____, 2008

By _____
MEHRDAD PORGHAVAMI
for Defendants/Cross-Complaimants MPA GROUP, INC. and Mehrdad Porghavami

DLA PIPER US LLP
SACRAMENTO

EAST\42189430.2

-5-

JOINT REQUEST TO AMEND SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the proposed dates in this joint request are approved; and

IT IS FURTHER ORDERED that the trial date in this matter is reset to Monday, December 7, 2009 at 9:00 a.m.
The final pretrial conference is reset to Friday, November 6, 2009 at 2:00 p.m. The parties joint pretrial statement shall be filed on or before Friday, October 30, 2009.


Dated:  November 5, 2008

                                          /s/ John A. Mendez
                                          The Honorable John A. Mendez
                                          U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com