SCOTT W. PINK (Bar No. 122383)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

BARRY M. HELLER (Admitted Pro Hac Vice)
JOHN J. DWYER (Admitted Pro Hac Vice)
DLA PIPER LLP (US)
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159
Tel: 703.773.4000
Fax: 703.773.5000

Attorneys for Plaintiffs/Cross-Defendants
Ben & Jerry's Franchising, Inc. and Ben &
Jerry's Homemade Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN & JERRY'S FRANCHISING, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MPA GROUP, INC. and MEHRDAD PORGHAVAMI, et al.,<br><br>Defendants. | CASE NO.  2:07-CV-02599-JAM-KJM<br><br>**ORDER ON MOTION TO QUASH SUBPOENAS TO MORE THAN 250 FRANCHISEES/DEVELOPERS** |
| MEHRDAD PORGHAVAMI, et al.,<br><br>Cross-Complainants,<br><br>v.<br><br>BEN & JERRY'S FRANCHISING INC., BEN & JERRY'S HOMEMADE INC., BEN & JERRY'S OF CALIFORNIA, INC. and WONDER ICE CREAM, LLC,<br><br>Cross-Defendants. | Hearing:<br>Date:  February 25, 2009<br>Time:  10:00 am<br>Courtroom:  26 |

On February 25, 2009, the Motion to Quash Subpoenas to More Than 250 Franchisees/Developers (the "Motion") of Defendant Ben & Jerry's

1  Franchising, Inc. in this matter was duly heard. The Court has considered the
2  papers submitted in favor of and opposed to the Motion, reviewed the authorities
3  cited by the parties, carefully considered the record made at hearing, and reviewed
4  the entire record submitted and cited by the parties. Being so informed, the Court
5  finds GOOD CAUSE and GRANTS the Motion.
6              Accordingly, IT IS ORDERED, ADJUDGED and DECREED that:
7              The subpoena issued to Defendants by the Clerk of the Court on
8  January 21, 2009 is quashed. Defendants shall not send the subpoena to any current
9  or former franchisees or developers of Ben & Jerry's, and any current or former
10 franchisees or developers of Ben & Jerry's to whom the subpoena has been sent
11 shall not be required to object to, comply with or otherwise respond to the
12 subpoena.
13
14 DATED: February 25, 2009.

_____
U.S. MAGISTRATE JUDGE