```
 1  JOHN F. DOYLE – BAR NO. 142447
    JOHN H. ADAMS, JR. – BAR NO. 253341
 2  HOGE, FENTON, JONES & APPEL, INC.
    Sixty South Market Street, Suite 1400
 3  San Jose, California 95113-2396
    Phone: (408) 287-9501
 4  Fax:  (408) 287-2583

 5  Attorneys for Cross-Defendant
    WONDER ICE CREAM LLC
 6

 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN & JERRY'S FRANCHISING, INC., a Vermont corporation, and BEN & JERRY'S HOMEMADE INC., a Vermont corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MEHRDAD PORGHAVAMI, et al.,<br><br>Defendants. | No. CV-07-2599-JAM-KJM<br><br>**JOINT REQUEST TO AMEND STATUS (PRE-TRIAL SCHEDULING) ORDER**<br><br>(ASSIGNED TO HON. JOHN A. MENDEZ)<br><br>Trial Date:  December 7, 2009 |
| MEHRDAD PORGHAVAMI, et al.,<br><br>Cross-Complainant,<br><br>v.<br><br>BEN & JERRY'S FRANCHISING INC., a Vermont corporation, and BEN & JERRY'S HOMEMADE INC., a Vermont corporation, and BEN & JERRY'S OF CALIFORNIA INC., a California corporation, and WONDER ICE CREAM LLC.<br><br>Cross-Defendants. | |

////

////

-1-
PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on November 6, 2008, the Court signed a Status (Pre-Trial Scheduling) Order (the "Scheduling Order") in this matter setting a trial date of December 7, 2009 and an estimated trial length of approximately fifteen (15) days;

WHEREAS, the Scheduling Order sets March 31, 2009 as the deadline for disclosure of expert witnesses and May 29, 2009 as the deadline for supplemental disclosures and disclosures of any rebuttal experts;

WHEREAS, the Scheduling Order sets a discovery cut-off date of June 30, 2009;

WHEREAS, the Scheduling Order sets May 1, 2009 as the deadline for dispositive motions and June 3, 2009 as the hearing date for any dispositive motions;

WHEREAS, the parties continue to engage in the meet-and-confer process regarding certain documents sought through discovery and necessary for the development of expert witness opinions, and production of those documents is scheduled to take place after the deadline for disclosure of expert witnesses;

WHEREAS, counsel for Wonder Ice Cream LLC ("Wonder"), Ben & Jerry's Franchising, Inc. ("Ben & Jerry's") and Ben & Jerry's Homemade, Inc. ("Homemade") and Mehrdad Porghavami ("Porghavami") have agreed to request an amendment to the Scheduling Order as follows: to move the deadline for expert witness disclosure from March 31, 2009 to May 15, 2009; to move the deadline for supplemental and rebuttal expert witness disclosure from May 29, 2009 to June 15, 2009; to move the discovery cutoff date from June 30, 2009 to July 6, 2009; to move the deadline for dispositive motions from May 1, 2009 to August 5, 2009; and to move the date for hearing of dispositive motions from June 3, 2009 to September 9, 2009.

WHEREAS, the parties do not seek the requested amendments to the Scheduling Order for the purposes of delay.

WHEREFORE, the parties request that the Court amend the Scheduling Order as follows:

1. That the parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by May 15, 2009.

PDF created with pdfFactory trial version www.pdffactory.com

2. That the parties shall make supplemental disclosures and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) by June 15, 2009.

3. That the discovery cutoff be set for July 6, 2009.

4. That the deadline for dispositive motions be set for August 5, 2009.

5. That the date for the hearing of dispositive motions be set for September 9, 2009 at 9:00 a.m.

A proposed order is submitted herewith.

DATED: April 3, 2009

HOGE, FENTON, JONES & APPEL, INC.

By _____
John H. Adams, Jr.
Attorneys for Cross-Defendant
WONDER ICE CREAM LLC, a
California limited liability company

Signatures continue on next page

-3-
JOINT STIPULATION REGARDING DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES
\\HFJAFS\NDrive\79374\Ple\407769_2.doc

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | |
| 2 | DATED: _____, 2009 |
| 3 | DLA PIPER LLP (US) |
| 4 | |
| 5 | By _____ |
| 6 | John J. Dwyer<br>Attorneys for Plaintiffs/Cross-Defendants Ben & Jerry's Franchising, |
| 7 | Inc. and Ben & Jerry's Homemade, Inc. |

Signatures continue on next page

-4-
JOINT STIPULATION REGARDING DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES
\\HFJAFS\NDrive\79374\Ple\407769_2.doc

PDF created with pdfFactory trial version www.pdffactory.com

DATED: _____, 2009

By _____
Mehrdad Porghavami
For Defendants/Cross Complainants
MPA Group, Inc. and Mehrdad
Porghavami

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the proposed dates in this joint request are approved.

DATED: April 6, 2009

                                             /s/ John A. Mendez

                                             The Honorable John A. Mendez
                                             U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com