FILED
JUN 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN & JERRY'S FRANCHISING, INC., | |
| Plaintiff, | No. CIV S-07-2599 JAM KJM |
| vs. | |
| MPA GROUP, INC., et al., | |
| Defendants. | ORDER |
| and Cross-Complaint. | |
| _____/ | |

        Plaintiff's and cross-defendant Wonder's motions for further deposition of defendant Porghavami and defendant's motion to compel further production of documents and responses to interrogatories came on regularly for hearing June 24, 2009. Barry Heller appeared for plaintiff. Defendant and cross-complainant Porghavami appeared in propria persona. John Adams appeared for cross-defendant Wonder. Upon review of the documents in support and opposition, upon hearing the arguments of counsel and defendant, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The motions for further deposition of defendant Porghavami (docket nos. 101, 103) are granted. Plaintiff is granted leave to take seven more hours of deposition and cross-defendant Wonder is granted leave to take four more hours of deposition. The parties are

1  informed that space at the federal courthouse can be made available for deposition if the parties
2  mutually agree to that location; arrangements may be made through the courtroom deputy, Matt
3  Caspar.

4      2. Plaintiff's motion to seal (docket no. 111) is granted. Plaintiff's Exhibits I, N,
5  P and Q, submitted in support of the Joint Statement on defendant's motion to compel, shall be
6  filed under seal.

7      3. Defendant's motion to compel (docket no. 100) is denied.[1] Plaintiff shall
8  produce all documents it has agreed to produce, as identified in the joint statement and at the
9  hearing on this matter, by the close of discovery on July 6, 2009.

10      4. The court finds an award of expenses is not warranted considering all of the
11  circumstances reflected in the record before it on this motion. Fed. R. Civ. P. 37 (a)(5)(A).

12  DATED: June 26, 2009.

                                     KIMBERLY J. MUELLER
                                     U.S. Magistrate Judge

006
ben&jerry2.oah

---

[1] Defendant's motion for extension of time to file the joint statement (docket no. 120) is granted.