SCOTT W. PINK (Bar No. 122383)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

BARRY M. HELLER (Admitted Pro Hac Vice)
JOHN J. DWYER (Admitted Pro Hac Vice)
DLA PIPER LLP (US)
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159
Tel:  703.773.4000
Fax:  703.773.5000

Attorneys for Plaintiffs/Cross-Defendants
Ben & Jerry's Franchising, Inc. and Ben &
Jerry's Homemade Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN & JERRY'S FRANCHISING, INC., et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MPA GROUP, INC. and MEHRDAD PORGHAVAMI, et al.,<br><br>        Defendants.<br><br>MEHRDAD PORGHAVAMI, et al.,<br><br>        Cross-Complainants,<br><br>        v.<br><br>BEN & JERRY'S FRANCHISING INC., BEN & JERRY'S HOMEMADE INC., BEN & JERRY'S OF CALIFORNIA, INC. and WONDER ICE CREAM, LLC,<br><br>        Cross-Defendants. | CASE NO.  2:07-CV-02599-JAM-KJM<br><br>**ORDER ON JOINT EX PARTE APPLICATION TO EXTEND FILING AND HEARING DATES FOR MOTIONS FOR SUMMARY JUDGMENT** |

On July 17, 2009, Plaintiffs/Cross-Defendants Ben & Jerry's Homemade, Inc. and Ben &

Jerry's Franchising, Inc. (collectively, "Ben & Jerry's") and Cross-Defendant Wonder Ice Cream,

1  LLC ("Wonder") submitted a Joint Ex Parte Application to Extend Filing and Hearing Dates for
2  Motions for Summary Judgment in this case (the "Application")  The Court has considered the
3  Application and reviewed the record in the case.  Being so informed, the Court finds GOOD
4  CAUSE and GRANTS the Application.  Accordingly,
5
6       IT IS ORDERED, ADJUDGED and DECREED that:
7       The date for filing dispositive motions, including motions for summary judgment, is
8  extended from August 5, 2009 to a date at least thirty (30) days from the date of this Court's
9  ruling on Ben & Jerry's and Wonder's respective motions to dismiss/strike the answer and cross-
10 complaint of Defendant/Cross-Complainant MPA Group, Inc. for failure to notice appearance of
11 counsel (the "Motions for Lack of Counsel").
12      IT IS FURTHER ORDERED that:
13
14      The Court shall set a specific date by which dispositive motions, including motions for
15 summary judgment, must be filed and a specific date on which such motions shall be heard
16 following a ruling by the Court on the Motions for Lack of Counsel.
17
18
19 Dated:  July 20, 2009                    /s/ John A. Mendez_____
                                           Honorable John A. Mendez
20

PDF created with pdfFactory trial version www.pdffactory.com