MEHRDAD PORGHAVAMI, Defendant
Appearing in Propria Persona
11140 Fair Oaks Blvd, Suite 300
Fair oaks, CA 95628
Tel # (916) 747 1205
Fax # (916) 966 2268
Email: mpagroup@aol.com



FILED

NOV 03 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN & JERRY'S FRANCHISING, INC., et al., | CASE NO. 2:07-CV-02599-JAM-KJM |
| Plaintiffs, | [PROPOSED] ORDER ON REQUEST TO SEAL DOCUMENTS |
| v. | |
| MEHRDAD PORGHAVAMI, et al., | |
| Defendants. | |
| MEHRDAD PORGHAVAMI, et al., | |
| Counter-Claimant, | |
| v. | |
| BEN & JERRY'S FRANCHISING INC., BEN & JERRY'S HOMEMADE INC., BEN & JERRY'S OF CALIFORNIA, INC. and WONDER ICE CREAM, LLC, | |
| Counter-Defendants. | |

Pursuant to the court entered Stipulation Protective Order dated August 1, 2008 which governs the use of confidential documents. Defendants' Mehrdad Porghavami has submitted a Request to Seal Documents on the Exhibits 5, 13, 14 and 23 of his Opposition to Plaintiffs' Motion for Summary Judgment Dated October 28, 2009.

////

The Court has considered the request submitted by the Defendants' and has reviewed the record in the case. Being so informed, the court find GOOD CAUSE and GRANTS the Request to Seal. Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that: the Exhibits; 5, 13, 14 and 23 to be file under seal.

Dated: 11/3/09

JOHN A. MENDEZ,
United States District Judge

## PROOF OF SERVICE

I am a resident of the State of California, over age of eighteen years and not a party to the within action. My business address is: 11140 Fair Oaks Blvd, Suite 300, Fair Oaks, California 95628. On October 29, 2009, I mailed within documents:

1- DEFENDATS' MEHRDAD PORGHAVAMI RESPONSES TO THE PLAINTIFFS' BEN & JERRY,S FRANCHISING, INC. AND BEN & JERRY'S HOMEMADE INC. STAEMENT OF UNDISPUTED FACTS.
2- DECLARATION OF DEFENDANTS' MEHRDAD PORGHAVAMI IN SUPPORT OF HIS OPPOSITION TO THE PLAINTIFFS' BEN & JERRY'S FRANCHISING, INC. AND BEN & JERRY'S HOMEMADE, INC. MOTION FOR SUMMARY JUDGMENT.
3- PROPOSED ORDER TO SEAL DOCUMENT

Case No. 2:07-CV-02599-JAM-KJM

To:  Office of the Clerk
     United States District Court
     Eastern District of California
     501 I Street, Suite 4-200
     Sacramento, CA 95814-2322

Copy: Barry M. Heller, Esq. / John J. Dwyer, Esq.
      Attorneys for Plaintiff BEN & JERRY'S, ET AL.
      DLA PIPER US LLP
      1775 Wiehle Avenue, Suite 400
      Reston, Virginia 20190-5159

Copy: John F. Doyle, Esq. / John H. Adams, JR. Esq.
      Attorney representing Cross- Defendant WONDER ICE CREAM LLC
      HOGE, FENTON, JONES & APPEL, INC.
      Sixty South Market Street, Suite 1400
      San Jose, CA 95113-2396

By placing the documents listed above in a sealed separate envelops for each address named above with the name and address of person served shown on the envelop with United States Postal Service delivery thereon fully prepaid, during the normal business hours in Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this October 29, 2009 at Sacramento, California

*Linda Lewis* (signature)

Linda Lewis