MEHRDAD PORGHAVAMI, Defendant
Appearing in Propria Persona
11140 Fair Oaks Blvd, Suite 300
Fair oaks, CA 95628
Tel # (916) 747 1205
Fax # (916) 966 2268
Email: mpagroup@aol.com

**ORIGINAL**
**FILED**

NOV 1 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN & JERRY'S FRANCHISING, INC., et al., | CASE NO.  2:07-CV-02599-JAM-KJM |
| Plaintiffs, | |
| v. | **ORDER ON SECOND REQUEST TO SEAL DOCUMENTS** |
| MEHRDAD PORGHAVAMI, et al., | |
| Defendants. | |
| MEHRDAD PORGHAVAMI, et al., | |
| Counter-Claimant, | |
| v. | **LODGED** |
| BEN & JERRY'S FRANCHISING INC., BEN & JERRY'S HOMEMADE INC., BEN & JERRY'S OF CALIFORNIA, INC. and WONDER ICE CREAM, LLC, | NOV 1 7 2009 |
| Counter-Defendants. | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK |

        Pursuant to the court entered Stipulation Protective Order dated August 1, 2008 which governs the use of confidential documents. Defendants' Mehrdad Porghavami has submitted a Second Request to Seal Documents on the "Exhibit FF" of the Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment November 6, 2009.

////

1

The Court has considered the request submitted by the Defendants' and has reviewed the record in the case. Being so informed, the court find GOOD CAUSE and GRANTS the Request to Seal. Accordingly,

IT IS ORDERED that: the "Exhibit FF" to be file under seal.

Dated: 11-19-2009

JOHN A. MENDEZ,
United States District Judge

## PROOF OF SERVICE

I am a resident of the State of California, over age of eighteen years and not a party to the within action.  My business address is: 11140 Fair Oaks Blvd, Suite 300, Fair Oaks, California 95628.   On November 9, 2009, I mailed within documents:

1- **DEFENDATS' MEHRDAD PORGHAVAMI REPLY TO THE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.**
2- **DECLARATION OF DEFENDANTS' MEHRDAD PORGHAVAMI IN SUPPORT OF HIS REPLY TO THE PLAINTIFFS' OPPOSITION.**
3- **DEFENDANTS SECOND REQUEST TO SEAL DOCUMNENTS.**
4- **PROPOSED ORDER TO SEAL DOCUMENT**

Case No. 2:07-CV-02599-JAM-KJM

To:    Office of the Clerk
       United States District Court
       Eastern District of California
       501 I Street, Suite 4-200
       Sacramento, CA 95814-2322

Copy:  Barry M. Heller, Esq. / John J. Dwyer, Esq.
       Attorneys for Plaintiff BEN & JERRY'S, ET AL.
       DLA PIPER US LLP
       1775 Wiehle Avenue, Suite 400
       Reston, Virginia 20190-5159

Copy:  John F. Doyle, Esq. / John H. Adams, JR. Esq.
       Attorney representing Cross- Defendant WONDER ICE CREAM LLC
       HOGE, FENTON, JONES & APPEL, INC.
       Sixty South Market Street, Suite 1400
       San Jose, CA 95113-2396

By placing the documents listed above in a sealed separate envelops for each address named above with the name and address of person served shown on the envelop with FedEx overnight and the United States Postal Service delivery thereon fully prepaid, during the normal business hours in Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this November 9, 2009 at Sacramento, California

_Linda Lewis_

**Linda Lewis**