1

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

3

4

BEN & JERRY'S FRANCHISING, INC.,
et al.,

5

Plaintiffs,

6

v.

7

MPA GROUP, INC. and MEHRDAD
PORGHAVAMI, et al.,

8

Defendants.

9

MEHRDAD PORGHAVAMI, et al.,

10

Counter-Claimant,

11

v.

12

BEN & JERRY'S FRANCHISING INC.,
BEN & JERRY'S HOMEMADE INC.,

13

BEN & JERRY'S OF CALIFORNIA, INC.
and WONDER ICE CREAM, LLC,

14

15

Counter-Defendants.

CASE NO.  2:07-CV-02599-JAM-KJM

[*Assigned to Hon. John A. Mendez*]

**JUDGMENT FOR BEN & JERRY'S
FRANCHISING, INC. AND BEN &
JERRY'S HOMEMADE, INC.**

Hearing:

Date:  November 18, 2009
Time:  9:00 am
Courtroom:  6

16

17

18

19

20

21

22

23

24

25

26

27

28

On November 18, 2009, this Court duly heard (1) Plaintiffs/Counter-Defendants Ben & Jerry's Franchising, Inc.'s and Ben & Jerry's Homemade, Inc.'s (collectively, "Ben & Jerry's") Motion for Summary Judgment [Docket No. 207] and (2) Defendant/Counter-Claimant Mehrdad Porghavami's Motion for Summary Judgment [Docket No. 219].  The Court has heard the arguments of the parties, has considered the papers submitted in support of and in opposition to both motions, has reviewed the authorities cited by the parties and has reviewed the record in the case submitted and cited by the parties.  Being so informed, the Court finds GOOD CAUSE and GRANTS SUMMARY JUDGMENT in favor of Ben & Jerry's and against Mehrdad Porghavami.  Accordingly, it is, by the Court, this ___ day of November, 2009

ORDERED, ADJUDGED and DECREED that:

(1)  Ben & Jerry's Motion for Summary Judgment is hereby granted in its entirety;

DLA Piper LLP (US)

-1-

**[PROPOSED] JUDGMENT FOR BEN & JERRY'S**

1    (2)  Mehrdad Porghavami's Motion for Summary Judgment is hereby denied in its

2    entirety;

3    (3)  Judgment is entered in favor of Ben & Jerry's Franchising, Inc. and Ben & Jerry's

4    Homemade, Inc. and against Mehrdad Porghavami on each of the eight counterclaims against Ben

5    & Jerry's in the Second Amended Counterclaim [Docket No. 73] (i.e., the First, Second, Fourth,

6    Fifth, Seventh, Eighth, Tenth and Eleventh Claims for Relief) and each of those counterclaims is

7    dismissed with prejudice;[1]

8    (4)  Judgment is entered in favor of Ben & Jerry's Franchising, Inc. and Ben & Jerry's

9    Homemade, Inc. and against Mehrdad Porghavami on the Third and Fifth Claims for Relief of the

10   First Amended Complaint [Docket No. 65];[2]

11   (5)  Ben & Jerry's Motion for Summary Judgment on the Seventh Claim for Relief of the

12   First Amended Complaint (for Declaratory Relief) is moot based on the granting of Ben & Jerry's

13   Motion for Summary Judgment on the counterclaims of the Second Amended Counterclaim;

14   (6)  Default judgment is entered in favor of Ben & Jerry's Franchising, Inc. and Ben &

15   Jerry's Homemade, Inc. and against MPA Group, Inc. ("MPA") on the Second and Third Claims

16   for Relief of the First Amended Complaint because MPA's answer to those claims has been

17   previously stricken by this Court by Order, dated August 31, 2009 [Docket No. 199]; and

18   (7)  Mehrdad Porghavami and MPA are ordered to pay Ben & Jerry's Twelve Thousand

19   Seven Hundred and Fifty Seven Dollars ($12,757) within 60 days of the date of

20   this Order; and it is

21   (8)  Declared that Ben & Jerry's is not liable to Mehrdad Porghavami or MPA for any of

22   the counterclaims asserted by them; and it is

23

24

25

26   _____

27   [1] All of MPA Group, Inc.'s counterclaims against Ben & Jerry's in the Second Amended Counterclaim have been previously dismissed by this Court by Order, dated August 31, 2009 [Docket No. 199].

28   [2] Ben & Jerry's previously stipulated to the dismissal of the First, Fourth and Sixth Claims for Relief of the First Amended Complaint by a Stipulation dated October 29, 2009 [Docket No. 226].

DLA PIPER LLP (US)

[PROPOSED] JUDGMENT FOR BEN & JERRY'S

PDF created with pdfFactory trial version www.pdffactory.com

1        (9)  Declared that Ben & Jerry's is the prevailing party and is awarded costs of suit in the

2    amount to be determined by application to the clerk of the court.

6    Dated:  November 20, 2009                  /s/ John A. Mendez_____

7                                          Honorable John A. Mendez
United States District Judge

DLA Piper LLP (US)

-3-

**[PROPOSED] JUDGMENT FOR BEN & JERRY'S**

PDF created with pdfFactory trial version www.pdffactory.com