UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN & JERRY'S FRANCHISING, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MPA GROUP, INC. and MEHRDAD PORGHAVAMI, et al.,<br><br>　　　　Defendants. | No. CV-07-2599-JAM-KJM<br><br>**JUDGMENT FOR WONDER ICE CREAM LLC**<br><br>Hearing Date:　November 18, 2009<br>Time:　　　　　9 a.m.<br>Courtroom:　　6 |
| MEHRDAD PORGHAVAMI, et al.,<br><br>　　Counter-Claimant,<br><br>　　vs.<br><br>BEN & JERRY'S FRANCHISING INC., a Vermont corporation, and BEN & JERRY'S HOMEMADE INC., a Vermont corporation, and BEN & JERRY'S OF CALIFORNIA INC., a California corporation, and WONDER ICE CREAM LLC.<br><br>　　Counter-Defendants. | |

　　On November 18, 2009, in Courtroom 6 of the above-entitled Court, the Motion for Summary Judgment ("Motion") of Wonder Ice Cream, LLC ("Wonder") came on regularly for hearing.  The Court has considered the papers submitted in support of and in opposition to the Motion, has reviewed the authorities cited by the parties, has reviewed the record in the case submitted and cited by the parties and has heard the arguments of the parties.  Being so informed, the Court finds GOOD CAUSE and GRANTS SUMMARY JUDGMENT in favor of Wonder.  Accordingly, it is, by the Court this 23rd day of November, 2009

　　ORDERED, ADJUDGED and DECREED that:

　　(1) Wonder's Motion for Summary Judgment is hereby granted in its entirety; and

-1-
PDF created with pdfFactory trial version www.pdffactory.com

    (2) Judgment is entered in favor of Wonder and against Defendant/Counter-Claimant Mehrdad Porghavami ("Porghavami") on his Second Amended Counter-Claim [Docket No. 73], and Porghavami's Second Amended Counter-Claim is dismissed with prejudice[1]; and it is

    (3) Declared that Wonder is not liable to Mehrdad Porghavami or MPA Group, Inc. ("MPA") for any of the counter-claims asserted by them; and it is

    (4) Declared that Wonder is the prevailing party and is awarded costs of suit in the amount to be determined by application to the clerk of the court.

DATED: November 23, 2009

                                /s/ John A. Mendez
                                Honorable John A. Mendez
                                United States District Judge

---

[1] MPA Group, Inc.'s Second Amended Counter-Claim was previously dismissed by this Court by Order dated August 31, 2009 [Docket No. 199].

PDF created with pdfFactory trial version www.pdffactory.com